AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Coogler, Lawrence S | Northern District of Alabama | 05/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Judge | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 786 Hugo L. Black Courthouse 1729 5th Ave. North Birmingham, AL 35203 | Reviewing Officer_____ Date_____ |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | ███████ Homeowner's Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | |
| 3. | |

RECEIVED
2007 MAY 15 A 9: 40
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | ▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Marrow Donor Program and Hendrick Motorsports | Travel, lodging and meals to Charlotte, NC for a NMDP event sponsored by Hendrick Motorsports |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hendrick Motorsports | Track and Pit passes for the October 2006 Alabama NASCAR race | $ 1,000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Tuscaloosa | Real Estate Mortgage (C&C Rental)(33rd) | J |
| 2. | Southtrust Mortgage/Principal Financial Mortgage | Real Estate Mortgage (Rental) (Hhills) | L |
| 3. | ████████████ | Loan for purchase of Stock ████████████ | K |
| 4. | Countrywide Mortgage | Real Estate Mortgage (C. Creek) | L |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASO Common Stock (Personal) | A | div. | | | Merger | 11/06 | | | Into RF Ln. 4 |
| 2. AUSI Common Stock (Personal) Formerly AURA | | None | J | T | | | | | |
| 3. SNV Common Stock (Personal) | A | | J | T | | | | | |
| 4. RF Common Stock (personal) | A | div. | K | T | | | | | |
| 5. Rental Property No. 1, Tuscaloosa, AL (___) Spbr | C | Rent | | | Sell | 4/07 | L | D | Tres Properties, LLC |
| 6. Rental Property No. 2, Tuscaloosa, AL (___) HH | D | Rent | M | W | | | | | |
| 7. Rental Property No. 3, Tuscaloosa, AL (___) Cap | D | Rent | L | W | | | | | |
| 8. Coogler & Copeland, Jnt. Venture (33 ave) 1/2 | D | Rent | K | W | | | | | |
| 9. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 10. Checking Account #2 Bank of Tuscaloosa | | None | J | T | | | | | |
| 11. Savings Account - Compass Bank | A | Interest | L | T | | | | | |
| 12. Checking Account - Wachovia | | None | | | Closed | 2006 | J | | |
| 13. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | K | T | | | | | |
| 14. TD Waterhouse Bank Money Market Account (___) | A | Interest | J | T | | | | | |
| 15. TD Waterhouse Bank Money Market Account ▮ | A | Interest | J | T | | | | | |
| 16. TD Waterhouse Bank Money Market Account ▮ | A | Interest | J | T | | | | | |
| 17. TD Waterhouse Money Market Account | A | Interest | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ▆▆▆▆ | | | | | | | | | |
| 18. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 19. RF Common Stock ▆▆▆ Formerly ASO | A | Dividend | J | T | | | | | |
| 20. WB Common Stock (Merger- Formerly SOTR) | A | Dividend | J | T | | | | | |
| 21. SNV Common Stock (CHC) | A | Dividend | J | T | | | | | |
| 22. AUSI Common Stock (CHC) formerly AURA | | None | J | T | | | | | |
| 23. RF Common Stock (HCC) Formerly ASO | A | Dividend | J | T | | | | | |
| 24. WB Common Stock (HCC) (Merger - Formerly SOTR) | A | Dividend | J | T | | | | | |
| 25. SNV Common Stock (HCC) | A | Dividend | J | T | | | | | |
| 26. RF Common Stock (ADC) formerly ASO | A | Dividend | J | T | | | | | |
| 27. WB Common Stock (ADC) (Merger - formerly SOTR) | A | Dividend | J | T | | | | | |
| 28. SNV Common Stock (ADC) | A | Dividend | J | T | | | | | |
| 29. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 30. IRA (LSC) - American Funds New Perspective Fund CLA | | None | K | T | Buy | 12/1 | K | | |
| 31. 401K - Principal Financial Group (MHC) | | None | | | Sell | 12/07 | K | | Into UBS Retrmt Fund Ln 48 |
| 32. 401K - Regions Retirement Services (MHC) | | None | | | Sell | 2●●4 | M | | Into UBS Retmt Fund Ln 48 |
| 33. Prepaid College Tuition Plan, State of | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Alabama (CHC) | | | | | | | | | |
| 34. Prepaid College Tuition Plan, State of Alabama (HCC) | | None | J | W | | | | | |
| 35. Prepaid College Tuition Plan, State of Alabama (ADC) | | None | J | W | | | | | |
| 36. Deferred Compensation Account - State of Alabama RSA-1(LSC) | | None | | | Sell | 12/1 | | | |
| 37. Real Estate, IHOP, LLC., Tuscaloosa, AL 40% | D | K-1 | L | U | | | | | |
| 38. Money Market Account #3, Bank of Tuscaloosa (CHC) | A | Interest | J | T | | | | | |
| 39. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 40. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | J | T | | | | | |
| 41. Savings Account - BFE Federal Credit Union | A | Interest | J | T | | | | | |
| 42. Retirement Systems - State of Alabama | A | Interest | K | T | | | | | |
| 43. ANSR Common Stock (Personal) | | None | J | T | | | | | |
| 44. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | R | | | | | |
| 45. ████████████ | D | Dividend | L | U | | | | | |
| 46. Checking Account Wachovia ████ Account) | | None | J | T | | | | | |
| 47. Rental Property No. 5 (C. Creek) | D | Rent | M | R | Buy | 5/26 | M | | Gore & Spivey Builders |
| 48. UBS Retirement Fund ████████ | | None | M | T | Buy | 12/07 | K | | See Note Section VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The Retirement Account listed on line 42 in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

████████ employer transferred her retirement account from Regions to UBS late in 2004 without my knowledge. Thus the investment listed at line 32 was rolled into the UBS retirement account shown at line 48. This will constitute an amendment to my previous filings. On December 7 of 2006 ████████ transferred her other retirement account (line 31) into the UBS account (Line 48).

With regard to the account desribed in line 12, it was closed in the Fall of 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S | 05/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign_____ Date____5-10-07____

NOTE: ANY INDIVIDUAL WHO KNOW̶̶̶̶̶̶ ̶̶LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. §̶̶̶̶̶̶

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

CHAMBERS OF
**L. SCOTT COOGLER**
JUDGE



July 27, 2007

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

Re: Financial Disclosure Statement - Calendar Year 2006 Filing

Dear Judge Smith:

The purpose of this letter is to respond to your letter of June 27, 2007. Please consider the following as an amendment to my 2006 report.

1)   Part IV, line 1, is amended to include, in addition to what was originally stated, the following: "The dates of travel were as follows: May 14, 2006 from Birmingham, AL to Charlotte, NC and May 16, 2006 from Charlotte, NC to Birmingham, AL."

2)   Part VII, page 4, line 3, Column B(2) is amended to read as follows: "div."

3)   Part VII, page 6, line 36, Column D(3) is amended to read as follows: "K"

4)   Part VII, page 6, line 44, Column C(2) is amended to read "W" instead of "R" and line 47, Column A is amended to include, in addition to the information originally stated, the following: "The property was purchased on May 26, 2006, from Gore and Spivey Builders for the purchase price of $149,137."

If you need anything else, please do not hesitate to contact me.



Scott Coogler,
United States District Judge